**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, | |
| Petitioner, | Case No.: 1:26-cv-02229-TLN-DMC |
| v. | |
| CHRISTOPHER CHESTNUT, Warden, California City Detention Facility; SERGIO ALBARRAN, Field Office Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Acting Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF HABEAS PETITION** |
| Respondents. | |

On March 23, 2026, Petitioner filed a Request to Seal Documents in Support of Habeas Petition. The request stated that the documents contain sensitive information that may expose Petitioner and the witnesses in his immigration case to further physical harm if made available to the public.

The Court, having considered Petitioner's request and finding good cause, hereby GRANTS the request and ORDERS as follows:

1. Petitioner may file under seal Exhibits A and B in Support of Habeas Petition.

2. Petitioner may redact from any other exhibits filed in this litigation and file unredacted copies under seal of:

    a.  All information that could reasonably lead to the identification of the Petitioner;

    b.  All information that could reasonably lead to the identification of the witnesses in Petitioner's immigration case.

3. Respondents are ORDERED to redact from any exhibits filed in this litigation and file unredacted copies under seal of all information that could reasonably lead to the identification of the Petitioner or the witnesses in Petitioner's immigration case, including but not limited to:

    i.  Names, nicknames, addresses, all but the last three digits of identifiers linked to his full legal name (e.g., driver's license, immigration file numbers, judicial and criminal case numbers), dates of criminal arrests and convictions, images, biographic information, and contact information pertaining to Petitioner;

    ii.  Names, addresses, contact information and identifiers of witnesses, including Petitioner's family and community members.

IT IS SO ORDERED.

Dated:  April 2, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDG