UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE,

     Petitioner,

     v.

CHRISTOPHER CHESTNUT, et. al.,

     Respondents.

No.  1:26-cv-02229-TLN-DMC-HC

ORDER

     Petitioner, an immigration detainee who is proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pending before the Court is the parties' stipulated modified briefing schedule. See ECF No. 12.

     Accordingly, it is hereby ordered that:

     1.    The prior briefing schedule, ECF No. 8, is VACATED;

     2.    The Request for modified briefing schedule, ECF No. 12, is GRANTED;

     3.    Petitioner shall file the amended habeas petition by April 21, 2026.

     4.    Respondents shall file an Answer/Return within 14 days of being served the amended petition.

/ / /

/ / /

/ / /

1

5.   Petitioner's Reply/Traverse is due within 7 days of being served

Respondents' Answer/Return.

Dated:  April 14, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE