**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOHN DOE**,**

                        *Petitioner*,

           v.

CHRISTOPHER CHESTNUT, Warden,
California City Detention Facility, *et al.*,

                      *Respondents*.

Case No.: 1:26-cv-02229-TLN-DMC

**ORDER GRANTING
REQUEST TO SEAL
DOCUMENT IN SUPPORT OF
HABEAS PETITION**

On May 13, 2026, Petitioner filed a Request to Seal Document in Support of Habeas Petition pursuant to Local Rule 141(a). The document sought to be partially sealed contains Petitioner's full name and immigration case file number. Petitioner's request followed this Court's order at Docket No. 9 providing that "Petitioner may redact from any other exhibits filed in this litigation and file unredacted copies under seal of: . . . a. All information that could reasonably lead to the identification of the Petitioner[.]" Order at 1-2, ECF No. 9.

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered Petitioner's request and finding good cause, hereby GRANTS the request and ORDERS as follows:

1. Petitioner may file under seal an unredacted version of Exhibit 1 to Declaration of Rachel Smith (ECF No. 17-1).

IT IS SO ORDERED.

Dated:  May 15, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE